/

FILED
CLERK, U.S. DISTRICT COURT

NOV 29 2022

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>Julio Barraza,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>mJ-22-4652<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of __the government__, IT IS ORDERED that a detention hearing is set for __Friday__, _____, at __10:00__ ☒a.m. / ☐p.m. before the Honorable __J. Choolijian__, in Courtroom __640__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __11/29/2022__          _____
                                U.S. District Judge/Magistrate Judge

---
ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT
CR-66 (10/97)                                                    Page 1 of 1